**Order entered May 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00587-CV

### IN RE JOSEPH NASH, Relator

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-54141-Y**

## ORDER
Before Justices Lang, Fillmore, and Brown

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/     ADA BROWN
         JUSTICE